# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANET BACKMAN**,<br>　　　　Plaintiff,<br><br>　　v.<br><br>**UNUM LIFE INSURANCE COMPANY OF AMERICA**,<br>　　　　Defendant. | Case No. 14-cv-05433-YGR<br><br>**ORDER SETTING COMPLIANCE HEARING** |

A compliance hearing regarding the mediation and settlement prospects shall be held on Friday, **June 26, 2015** on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

**Five (5) business days prior** to the date of the compliance hearing, the parties shall file either: (1) a joint statement apprising the Court of the mediation outcome and settlement prospects and addressing the need for a further case management conference; or (2) a one-page joint statement setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: May 14, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**